UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| PAUL F. SOARES, | CIVIL ACTION NO. 7:17-150-KKC |
| Plaintiff, | |
| V. | JUDGMENT |
| ESTATE OF CLYDE BOYD, ROBERT SKEANS, NATURAL RESOURCES & ENERGY, a Kentucky Limited Liability Company, and JOHN DOES | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court **HEREBY ORDERS AND ADJUDGES** as follows:

(1) This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(3) This judgment is **FINAL** and **APPEALABLE**.

Dated March 25, 2020.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1