UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| PAUL F. SOARES,<br><br>    Plaintiff,<br><br>V.<br><br>CLYDE BOYD,<br>ROBERT SKEANS,<br>NATURAL RESOURCES & ENERGY, a<br>Kentucky Limited Liability Company,<br>and JOHN DOES<br><br>    Defendants. | CIVIL ACTION NO. 7:17-150-KKC<br><br><br>**ORDER AND OPINION** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiff Paul F. Soares' "notice of withdrawal of motion." (DE 169.) The notice states that he wishes to withdraw his pending motion to correct or alter judgment (DE 163). The Court construes Plaintiff's notice as a motion to withdraw docket entry 163.

The Court, being sufficiently advised, **HEREBY ORDERS** that the motion to withdraw (DE 169) is **GRANTED**. Docket entry 163 is hereby withdrawn.

Dated September 3, 2020.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY